UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAN PELLEGRINO S.p.A. and
NESTLÉ WATERS NORTH AMERICA, INC.

Plaintiff,

-v-

AGGRESSIVE PARTNERSHIPS, INC. and
JOHN BARSOLI

Defendant.

Case No. 08-cv-5462(JGK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SAN PELLEGRINO S.p.A. and NESTLÉ WATERS NORTH AMERICA, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NESTLÉ S.A.

**Date:** June 11, 2008

Signature of Attorney

**Attorney Bar Code:** SF 6704

Form Rule7_1.pdf  SDNY Web 10/2007