AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIS, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN |
| EFFECTED (1) BY ME: | ~~OUT OF STATE~~ Shayne Collen |
| TITLE: | PROCESS SERVER |
| DATE: | 7/24/08 9:49 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

AGGRESSIVE PARTNERSHIPS, INC., C/O SECRETARY OF STATE

Place where served:

Secretary of State, 9

[X] Left copies thereof ~~at the defendant's dwelling house or usual~~ with Registered Agent place of abode with a person of suitable age and discretion then ~~residing therein~~. Name of person with whom the summons and complaint were left:

Donna Christie

Relationship to defendant: Authorized Agent

Description of person accepting service:

SEX: F    AGE: W    HEIGHT: 5'5"    WEIGHT: 130 lbs    SKIN: W    HAIR: Brown    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____        SERVICES $ ____.____        TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/25/20 08

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    SAMUEL FELDMAN
PLAINTIFF:   SAN PELLEGRINO S.P.A., ET ALS
DEFENDANT:   AGGRESSIVE PARTNERSHIPS, INC., ET AL
VENUE:       DISTRICT
DOCKET:      08 CV 5462

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>COUNTY OF | INDEX NO: 08CV5462<br>FILED ON: July 17, 2008<br>DISTRICT: Southern/New York |

San Pellegrino S.P.A. and Nestle Waters North America, Inc.

Plaintiff(s)

vs

Aggressive Partnerships, Inc, et. ano.

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

Shayne Collen, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 24, 2008, at 9:47 am, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Action, Complaint, on

Aggressive Partnerships, Inc,

Defendant in this action, by delivering to and leaving with Donna Christie, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, #_____, Return Receipt Requested on _____ to said defendant at:

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 44 years   Approx. weight: 130 lbs   Approx. Ht.: 5'5"
Sex: female   Color of skin: white   Color of hair: brown   Other:

Sworn to before me on July 25, 2008

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

Shayne Collen
Invoice•Work Order # 0806089