UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO: 08 CV 5462

SAN PELLEGRINO S.P.A., ET AL.,
                Plaintiff,

AFFIDAVIT OF
SERVICE

-against-

AGGRESSIVE PARNTERSHIPS, INC., ET AL,
                Defendants,

Nassau County, New York State: **JOHN CLEERE**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **AUGUST 18, 2008** at **2:00 PM** at **85 ABBEY ROAD   MANHASSET, NY 11030**
Deponent served the within **SUMMONS, COMPLAINT, CIS, INDIVIDUAL PRACTICES OF JUDGE G. KOELTL, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN**
On which were set forth the Case No., herein
On **JOHN BARSOLI**

**Affixing to Door {XXX}**
by affixing a true copy if each to the door of said premises, which is recipient's:
{ } actual place of business    {XXX} dwelling place/usual place of abode
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion.
**Service Attempts:**
7/19/08  @  7:30 AM
7/22/08  @  7:10 AM
7/28/08  @  7:37 PM
8/1/08   @  9:15 PM
8/6/08   @  1:45 PM

**Mailing {XXX}**
Deponent also mailed a copy of same Post Paid *via first class mail*
to defendant(s) at the aforementioned address in an envelope marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on   **AUGUST 18, 2008**

DEPONENT SPOKE WITH PERSON @ 84 ABBEY ROAD MANHASSET, NY 11030 AND (HE/SHE) STATED THAT TO (HIS/HER) KNOWLEDGE, THE DEFENDANT, JOHN BARSOLI, RESIDES AT SAID ADDRESS AND IS NOT CURRENTLY IN THE MILITARY SERVICE

Sworn to before me on August 19, 2008

MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2010

JOHN CLEERE
GSS NO. 20080715145306

JM