THE McDANIEL LAW FIRM, P.C.
 Empire State Building
350 Fifth Avenue, Suite 3304
New York NY 10018
(212) 514-8080
Attorneys for Defendants Aggressive Partnerships, Inc. and John Barsoli

| | |
|---|---|
| SAN PELLEGRINO, S.p.A. and NESTLE WATERS, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> AGGRESSIVE PARTNERSHIPS, INC. and JOHN BARSOLI, <br><br> Defendants. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK <br><br> Docket No.: 08-cv-5462 (JGK) <br><br> CORPORATE DISCLOSURE PURSUANT TO R. 7.1 |

   The undersigned counsel for Defendants Aggressive Partnerships, Inc. and John Barsoli certifies that Aggressive Partnerships, Inc. is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

- 2 -

Dated: September 2, 2008

                                        THE McDANIEL LAW FIRM, PC

By: _____
    Jay R. McDaniel
    Empire State Building
    350 Fifth Avenue, Suite 3304
    New York NY 10018
    (212) 514-8080
    (212) 514-8282 (fax)